# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

**Geromy B. Scaggs**

CASE/CITATION NO. _Mag. 06-0010-GGH_

**ORDER TO PAY**

SOCIAL SECURITY /
DATE OF BIRTH: ___
DRIVER'S LICENSE /
ADDRESS: ___

Marysville    CA    95901
CITY          STATE   ZIP CODE

FILED
FEB 22 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___
DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

XDATE: 2-22-06        X _____
                        DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(✓) Fine: $ _185.00_ and a penalty assessment of $ _5.00_ for a TOTAL AMOUNT OF: $ _190.00_ within _four (4)_ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

| USDC | CLERK, USDC | CLERK, USDC |
|---|---|---|
| CENTRAL VIOLATIONS BUREAU (SA) | 1130 O STREET, RM 5000 | 501 "I" STREET |
| POST OFFICE BOX 740026 | FRESNO, CA 93721 | SACRAMENTO, CA 95814-2322 |
| ATLANTA, GA 30374-0026 | | |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _2/22/06_        _____
                        U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-LOM                                                    EDCA—3